NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IMAGINAL SYSTEMATIC, LLC,**
*Plaintiff-Appellee,*

v.

**LEGGETT & PLATT, INC.** AND
**SIMMONS BEDDING COMPANY,**
*Defendants-Appellants,*

AND

**DOES 1-10, INCLUSIVE,**
*Defendants.*

---

2012-1313

---

Appeal from the United States District Court for the Northern District of Georgia in No. 06-CV-0500, Chief Judge Jack Camp.

---

**JUDGMENT**

---

STEVEN M. HANLE, Sheppard, Mullin, Richter & Hampton, LLP, of Costa Mesa, California, argued for plaintiff-appellee. With him on the brief were PAUL W. GARRITY, RYAN E. LINDSEY and MARK L. BLAKE.

DEBRA J. MCCOMAS, Haynes and Boone, LLP, of Dallas, Texas, argued for defendants-appellants. With him on the brief were DONALD E. TILLER; and KENNETH G. PARKER, of Irvine, California.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (RADER, *Chief Judge*), LOURIE, *Circuit Judge* and DAVIS*, *Chief District Judge*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 14, 2013          /s/ Jan Horbaly
Date                        Jan Horbaly
                            Clerk

---

*      Honorable Leonard Davis, Chief District Judge, United States District Court for the Eastern District of Texas, sitting by designation.